```
                              FILED    ____ RECEIVED
                              ENTERED  ____ SERVED ON
                                       COUNSEL/PARTIES OF RECORD

                                          JAN 25 2007

                                       CLERK US DISTRICT COURT
                                         DISTRICT OF NEVADA
                                   BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| PHILLIP CHANDLER, | 3:05-CV-00105-ECR-RAM |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | DATE: JANUARY 24, 2007 |
| THEODORE D'AMICO, et al., | |
| Defendants. | |

PRESENT:   EDWARD C. REED, JR.             U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN         Reporter:   NONE APPEARING

Counsel for Plaintiff(s)            NONE APPEARING

Counsel for Defendant(s)            NONE APPEARING

MINUTE ORDER IN CHAMBERS

On January 4, 2007, the Magistrate Judge filed a Report and Recommendation (#21) recommending that this Court enter an order granting Defendants' Motion to Dismiss (#17) and dismissing Plaintiff's case with prejudice.

The Report and Recommendation (#21) is well taken. **IT IS HEREBY ORDERED** that the Report and Recommendation (#21) is **APPROVED** and **ADOPTED**. No objections were timely filed.

**IT IS, THEREFORE, HEREBY ORDERED** the Defendants' Motion to Dismiss (#17) is **GRANTED**, and Plaintiff's case is dismissed with prejudice.

The Clerk shall enter judgment accordingly.

LANCE S. WILSON, CLERK

By   /s/
    Deputy Clerk